UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DARRYL WILLIAMS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN V. ARAIZ-RAMIREZ,<br><br>　　　　Respondent. | Case No. 2:25-cv-00616-JFW-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus by Person in Federal Custody Under 28 U.S.C. § 2241 (Dkt. 1, "Petition") by Darryl Williams, the Order to Show Cause issued by the assigned magistrate judge (Dkt. 4), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 6, "Report"). No party filed a timely objection to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

　　IT IS THEREFORE ORDERED that Judgment shall be entered denying the Petition and dismissing this action without prejudice.

Dated: April 22, 2025

　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　United States District Judge